```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  May 8, 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
KEYU LONG,                                            :
:
                  Plaintiff,         :     17 Civ. 2613 (KPF)
:
      v.                                        :     ORDER
:
AMWAY CORP.,                                          :
:
                  Defendant.        :
:
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

      The Court is in receipt of Defendant's letter motion requesting a pre-motion conference regarding Defendant's contemplated motion to compel arbitration in this action (Dkt. #9), and Plaintiff's letter in opposition thereto (Dkt. #12). Defendant's request is GRANTED; the parties are directed to appear for a pre-motion conference on May 23, 2017, at 3:30 PM in Room 618 of the Thurgood Marshall Courthouse. The Clerk of Court is directed to terminate the motion pending at Docket Entry #9.

      SO ORDERED.

Dated:    May 8, 2017
             New York, New York

                                                          KATHERINE POLK FAILLA
                                                      United States District Judge