UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEYU LONG,<br><br>                    Plaintiff,<br><br>          -v-<br><br>AMWAY CORP.,<br><br>                    Defendant. | Case No. 1:17-cv-02613 (KPF) |

**DEFENDANT AMWAY CORP.'S**
**MOTION TO COMPEL ARBITRATION**

PLEASE TAKE NOTICE that Defendant Amway Corp. ("Amway"), by and through its undersigned counsel, hereby moves the Court, as soon as counsel may be heard, for an order compelling arbitration on an individual basis of the claims asserted in Plaintiff's Complaint, and either dismissing or staying this action pending the completion of arbitration.  In support of its Motion, Amway submits the attached Memorandum of Law, Declaration of David J. Fioccola, Declaration of Gary VanderVen, Declaration of Si Huijie, and the exhibits attached thereto.

ny-1290464

Dated: New York, New York
       July 31, 2017

Respectfully submitted,

By:   <u>/s/ David J. Fioccola</u>
     David J. Fioccola
     Adam J. Hunt
     Morrison & Foerster LLP
     250 West 55th Street
     New York, New York 10019
     Tel: (212) 468-8000
     Fax: (212) 468-7900
     E-mail: dfioccola@mofo.com

     Edward J. Bardelli
     R. Michael Azzi
     Warner Norcross & Judd LLP
     900 Fifth Third Center
     111 Lyon St., NW
     Grand Rapids, MI 49503-2487
     Tel: (616) 752-2000
     Fax: (616) 752-2500
     E-mail: ebardelli@wnj.com
     E-mail: mazzi@wnj.com

     *Attorneys for Defendant*
     *Amway Corp.*

ny-1290464

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true and complete copy of the within **AMWAY CORP.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION** to be served via CM/ECF on the following counsel of record:

>Louis J. Maione
>Law Offices of Louis J. Maione, P.C.
>350 Central Park West, 3d Floor
>New York, NY 10025
>Telephone: (917) 549-5693
>Louisjmaione3@gmail.com

This 31st day of July, 2017.

        /s/ David J. Fioccola
        David J. Fioccola

ny-1290464