| | |
|---|---|
| One (1) University Plaza, Suite 408 | Admitted New York and New Jersey |
| Hackensack, New Jersey 07601 | maionelawoffices.com |
| Telephone: (646) 749-8014 | |

# Law Offices of Louis J. Maione
**350 Central Park West, 3d Floor**
**New York, New York 10025**

Telephone: (917) 549-5693
Email: louisjmaione3@gmail.com

Respond to NJ ☐

NY ☒                                                                                    June 30, 2018

**By ECF**
Honorable Katherine Polk Failla
U.S. District Court, S.D.N.Y.
500 Pearl Street
N.Y., N.Y. 10019-9601

                                         **Re:** *Keyu Long v. Amway Corp.*
                                              1:17-CV-2613 (KPF)

Dear Judge Failla:

    I am counsel to the Plaintiff in the above-captioned matter, Keyu Long (a/k/a "Adeline Wang" or "Plaintiff").

    Please allow this letter to serve as a Joint Status Report of counsel, as required by the Court's most recent directive in the above captioned matter, which as the Court is aware, was stayed pending arbitration.

    I have conferred with David J. Fioccola, Esq., of Morrison Foerster, counsel to Amway Corp., who is being copied on this letter, and we agreed that I would notify the Court on behalf of both parties.

June 30, 2018                                                                                                            Page 2

       Presently, the parties are discussing settlement and toward that end counsel is convening on July 19, 2018, to further those discussions.

       Of course, we will keep the Court apprised of the status of the matter as we move forward.

       Thank you for your attention to the matter.

New York, N. Y.                                                                  Yours etc.,

                                                                                    /s/ *Louis J. Maione, Esq.*

cc: David J. Fioccola, Esq. by ECF and email