# MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY  10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

January 28, 2020

Writer's Direct Contact
+1 (212) 336.4341
AdamHunt@mofo.com

<u>Via ECF</u>

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Keyu Long v. Amway Corporation*, Case No. 1:17-cv-02613 (KPF)

Dear Judge Failla:

      I write on behalf of Defendant Amway Corp. ("Amway") in the above-captioned matter to respectfully submit the parties' Joint Status Report pursuant to the Court's October 30, 2019 Minute Entry. (Dkt. Entry, Oct. 30, 2019). On October 9, 2019, the American Arbitration Association (AAA) suspended the arbitration proceedings in this matter until April 9, 2020 due to Plaintiff's failure to satisfy her payment obligations under the AAA Commercial Arbitration Rules. The arbitration proceedings remain suspended. I have conferred with Mr. Maione, who joins this submission.

Sincerely,

s/ Adam J. Hunt
Adam J. Hunt

ny-1857814